# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN BRADY,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01912-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 10] |

      Pending before the Court is the parties' proposed discovery plan. Docket No. 10. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties seek a 241-day discovery period. *See* Docket No. 10 at 1. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request, however, makes no specific showing at all.

      Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 10. An amended discovery plan must be filed by February 13, 2024. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of the first Defendant's answer or first appearance.

      IT IS SO ORDERED.

      Dated: February 6, 2024

                                                                          Nancy J. Koppe<br>
                                                                United States Magistrate Judge