1  **Robert M. Tzall**
   **Nevada Bar No. 13412**
2  Contemporary Legal Solutions, PLLC
3  2551 N Green Valley Parkway C
   Suite 303
4  Henderson, NV 89014
   Tel: 702-666-0233
5  office@contemporarylegalsolutions.com

6

7

8           **UNITED STATES DISTRICT COURT**
            **FOR THE DISTRICT OF NEVADA**
9                        **Las Vegas**

10

11 Karen Brady                )   Docket No. 2:23-cv-1912
                    Plaintiff, )
12                             )
       -against-               )   **STIPULATION AND ORDER OF**
13 Equifax Information Services, LLC., ) **DISMISSAL WITH PREJUDICE AS TO**
   National Credit Adjusters, LLC;   ) **NATIONAL CREDIT ADJUSTERS, LLC**
14                             )
                    Defendant. )
15                             )
                               )
16                             )

17 IT IS HEREBY STIPULATED by and between Plaintiff Karen Brady ("Plaintiff") and National

18 Credit Adjusters, LLC. ("Defendant"), by and through their respective counsel of record, that the

19 above-captioned action, as it pertains to National Credit Adjusters, LLC hereby is dismissed with

20 prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the

21 parties to bear their own fees and costs.

22 Undersigned counsel represent that they are fully authorized by their respective clients to enter

23 into this Joint Stipulation with Prejudice.

24

25 **Respectfully Submitted,**

26

27 Dated:  June 11, 2024

28

| | |
|---|---|
| /s/*Robert M. Tzall* | /s/ *Kurt R. Bonds* |
| Robert M Tzall | Kurt R. Bonds |
| Contemporary Legal Solutions PLLC | Hall & Evans, LLC |
| 2551 N Green Valley Pkwy Building C, Suite 303 | 1160 N. Town Center Drive ste 330 |
| Henderson, NV 89014 | Las Vegas, NV 89144 |
| Email: office@contemporarylegalsolutions.com | Email: nvefile@hallevans.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant National Credit Adjusters, LLC* |

January 30, 2025        **IT IS SO ORDERED.**

_____
**United States District Court Judge**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th of June 2024 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT National Credit adjusters, LLC** with the Clerk of the Court using the CM/ECF system, to those persons designated by the parties that have appeared in the matter.

*/s/ Robert M. Tzall*
Robert M. Tzall